Case 1:22-cv-00296-MJT   Document 4   Filed 07/26/22   Page 1 of 9 PageID #: 74

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
7/25/2022 12:27 PM
JAMIE SMITH
DISTRICT CLERK
D-209944

CAUSE NO. D-209944

| | | |
|---|---|---|
| APRIL LAWRENCE, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| DEVELOPMENTAL DISABILITIES | § | OF JEFFERSON COUNTY, TEXAS |
| MANAGEMENT SERVICES OF | § | |
| BEAUMONT, LLC d/b/a DDMS OF | § | |
| BEAUMONT AND SEVITA WHOLE | § | |
| HEALTH, LLC, | § | |
| | § | |
| Defendants | § | 136TH JUDICIAL DISTRICT |

**DEFENDANT SEVITA WHOLE HEALTH, LLC'S VERIFIED DENIAL,
ORIGINAL ANSWER, AND AFFIRMATIVE AND OTHER
DEFENSES TO PLAINTIFF'S ORIGINAL PETITION**

Defendant Sevita Whole Health, LLC ("Defendant") files this Verified Denial, Original Answer, and Affirmative and Other Defenses to the Original Petition filed by Plaintiff April Lawrence ("Plaintiff"), as follows:

## I. VERIFIED DENIAL

Defendant denies that it was Plaintiff's employer and denies that it can be held liable in the capacity in which it is sued. A verified denial pursuant to Texas Rules of Civil Procedure 14 and 93 is attached.

## II. GENERAL DENIAL

Pursuant to Texas Rule of Civil Procedure 92, Defendant generally and specifically denies each and every allegation contained in Plaintiff's Original Petition and any amendment or supplement thereto, and demands strict proof thereof. With respect to any claim by Plaintiff for punitive damages, Defendant demands strict proof thereof by clear and convincing evidence.

### III. AFFIRMATIVE AND OTHER DEFENSES

Without assuming any burden of proof that would otherwise rest with Plaintiff, Defendant asserts the following defenses, including affirmative defenses, as follows:

1. On information and belief and pending discovery, Plaintiff's lawsuit is frivolous, without foundation, vexatious, and/or brought in bad faith.

2. Defendant affirmatively states that Plaintiff has failed to state a claim for which relief can be granted.

3. To the extent applicable, and pending discovery, Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel, laches, unclean hands, and after-acquired evidence.

4. Any employment decisions regarding or affecting Plaintiff were based upon legitimate, non-retaliatory reasons. Defendant had legitimate, non-retaliatory reasons for any action or inaction in relation to Plaintiff's employment, and all decisions regarding Plaintiff's employment were made in the exercise of proper managerial discretion and in good faith.

5. Defendant, at all relevant times, had reasonable grounds for believing its actions with respect to Plaintiff were not in violation of any law, statute, rule, or regulation.

6. Plaintiff's claims for compensatory and punitive/exemplary damages are capped or limited by applicable law. Defendant affirmatively pleads all limitations on damages set forth in Section 41.008 of the Texas Civil Practice and Remedies Code, and/or any other applicable provision of the Texas Civil Practice and Remedies Code, Texas Health and Safety Code, and/or any other applicable statutory provision.

7. Plaintiff's claims are barred in whole or in part because Plaintiff's damages, if any, were caused by one or more persons, including Plaintiff, for whom Defendant is not legally

responsible.

8. Defendant affirmatively states that to the extent Plaintiff failed to mitigate her damages, she is barred from recovering any lost wage benefits and that, to the extent Plaintiff has mitigated her damages, Defendant is entitled to an offset from damages equivalent to all compensation or other benefits that Plaintiff has received from any source subsequent to her separation of employment.

9. Plaintiff is not entitled to exemplary damages. Defendant at all times acted in good faith, did not act with conscious indifference or malice, and there is no factual or legal basis for an award of exemplary damages. Any award of punitive damages in this case would violate the Texas Constitution and the United States Constitution.

10. To the extent any of Defendant's managers or supervisors are found to have acted with malice or reckless indifference to Plaintiff's rights, that manager or supervisor acted contrary to Defendant's good faith efforts to comply with all laws. Accordingly, Plaintiff is not entitled to recover punitive damages.

11. Defendant reserves the right to a bifurcated trial on the issue of punitive or exemplary damages under Texas Civil Practices and Remedies Code § 41.009.

12. To the extent applicable, Plaintiff's claims are barred by the applicable statutes of limitation.

13. Defendant affirmatively states that Plaintiff has failed to comply with legal prerequisites for asserting the retaliation claims raised in the Original Petition, including failing to make the required protected reports or initiating or cooperating in any protected investigation or proceeding of a governmental entity as defined by the Texas Health & Safety Code and other

applicable law.

14. Defendant affirmatively states that to the extent Plaintiff made any reports or initiated or cooperated in any investigation or proceeding of a governmental entity protected under the Texas Health & Safety Code, there was no causal connection between any such activities by Plaintiff and the termination of Plaintiff's employment.

15. Plaintiff did not make the requisite reports in good faith, and therefore she is not entitled to a rebuttable presumption that her employment was suspended or terminated for reporting same.

16. Defendant affirmatively pleads that Plaintiff's claims under Texas Health & Safety Code §§ 161.134 and 260A.014 fail to the extent Defendant is not an entity covered by those statutes.

17. Defendant affirmatively pleads that it was not Plaintiff's employer and therefore cannot be held liable in the capacity in which it is sued.

18. Plaintiff cannot establish she is entitled to recover attorneys' fees in this action.

19. Defendant specifically reserves the right to assert any other appropriate defenses, including affirmative defenses, to Plaintiff's claims as the need for such defenses becomes known.

## IV.   PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiff's Original Petition with prejudice and that Defendant be awarded Defendant's costs, attorneys' fees, and any other relief to which Defendant may be entitled.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.

        */s/ Paul Rinnan*
        J. Paul Rinnan
        Texas Bar No. 24074959
        paul.rinnan@ogletree.com
        Brooke Jones
        Texas Bar No. 24107537
        brooke.jones@ogletree.com
        One Allen Center
        500 Dallas Street, Suite 3000
        Houston, Texas 77002
        713.655.0855
        713.655.0020 (Fax)

        ATTORNEYS FOR DEFENDANT
        SEVITA WHOLE HEALTH, LLC

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on this 25th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following

      STEPHEN L. TOWNSEND
      stownsend@bradlaw.net
      LANCE P. BRADLEY
      lbradley@bradlaw.net
      BRADLEY LAW FIRM
      P. O. Box 1148
      Port Neches, Texas 77651

      **Counsel for Plaintiff**

        */s/ Paul Rinnan*
        J. Paul Rinnan

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF YOUNG** | § |

## DECLARATION

I, Melissa Reese, hereby declare and state as follows:

1. "My name is Melissa Reese. I am over 18 years of age and of sound mind. I am fully competent to make this declaration.

2. I am currently the Human Resources Director for SEVITA WHOLE HEALTH, LLC ("Sevita"). I am capable of making this declaration. I have read Sevita's Verified Denial, Original Answer, and Affirmative and Other Defenses to Plaintiff's Original Petition.

3. The factual allegations as set forth in Sevita's Verified Denial, Original Answer, and Affirmative and Other Defenses to Plaintiff's Original Petition are true and correct and are based upon my personal knowledge. I declare under penalty of perjury that the foregoing facts are true and correct."

Executed under penalty of perjury on July 25, 2022.

*Melissa Reese*
Melissa Reese
Human Resources Director
Sevita Whole Health, LLC

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeannette Blanchette on behalf of Paul Rinnan
Bar No. 24074959
jeannette.blanchette@ogletreedeakins.com
Envelope ID: 66628473
Status as of 7/25/2022 12:30 PM CST
Associated Case Party: DEVELOPMENTAL DISABILITIES MANAGEMENT SERVICES OF

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Letty Anzaldua | | letty.anzaldua@ogletreedeakins.com | 7/25/2022 12:27:25 PM | SENT |
| Jerri Boone | | jerri.boone@odnss.com | 7/25/2022 12:27:25 PM | ERROR |
| Jeannette MBlanchette | | jeannette.blanchette@ogletreedeakins.com | 7/25/2022 12:27:25 PM | SENT |
| J. PaulRinnan | | paul.rinnan@odnss.com | 7/25/2022 12:27:25 PM | SENT |
| Christel Green | | HOUDocketing@ogletree.com | 7/25/2022 12:27:25 PM | SENT |
| stepahnie Murrey-alonso | | stephanie.murrey-alonso@ogletree.com | 7/25/2022 12:27:25 PM | SENT |
| Brooke Jones | | brooke.jones@ogletreedeakins.com | 7/25/2022 12:27:25 PM | SENT |
| Loren Cruz | | loren.cruz@ogletreedeakins.com | 7/25/2022 12:27:25 PM | SENT |
| Cynthia Williamson | | cynthia.williamson@ogletree.com | 7/25/2022 12:27:25 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeannette Blanchette on behalf of Paul Rinnan
Bar No. 24074959
jeannette.blanchette@ogletreedeakins.com
Envelope ID: 66628473
Status as of 7/25/2022 12:30 PM CST
Associated Case Party: SEVITA WHOLE HEALTH LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Letty Anzaldua | | letty.anzaldua@ogletreedeakins.com | 7/25/2022 12:27:25 PM | SENT |
| Jeannette MBlanchette | | jeannette.blanchette@ogletreedeakins.com | 7/25/2022 12:27:25 PM | SENT |
| J. PaulRinnan | | paul.rinnan@odnss.com | 7/25/2022 12:27:25 PM | SENT |
| Houston Docketing | | HOUDocketing@ogletree.com | 7/25/2022 12:27:25 PM | SENT |
| Christel Green | | HOUDocketing@ogletree.com | 7/25/2022 12:27:25 PM | SENT |
| stepahnie Murrey-alonso | | stephanie.murrey-alonso@ogletree.com | 7/25/2022 12:27:25 PM | SENT |
| Brooke Jones | | brooke.jones@ogletreedeakins.com | 7/25/2022 12:27:25 PM | SENT |
| Loren Cruz | | loren.cruz@ogletreedeakins.com | 7/25/2022 12:27:25 PM | SENT |
| Jerri Boone | | jerri.boone@ogletree.com | 7/25/2022 12:27:25 PM | SENT |
| Cynthia Williamson | | cynthia.williamson@ogletree.com | 7/25/2022 12:27:25 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeannette Blanchette on behalf of Paul Rinnan
Bar No. 24074959
jeannette.blanchette@ogletreedeakins.com
Envelope ID: 66628473
Status as of 7/25/2022 12:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lance Bradley | | lbradley@bradlaw.net | 7/25/2022 12:27:25 PM | SENT |
| Stephen Townsend | | stownsend@bradlaw.net | 7/25/2022 12:27:25 PM | SENT |
| Kyle Maciel | | kmaciel@bradlaw.net | 7/25/2022 12:27:25 PM | SENT |