IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| APRIL LAWRENCE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:22-CV-00296 |
| DEVELOPMENTAL DISABILITIES | § | JUDGE MICHAEL J. TRUNCALE |
| MANAGEMENT SERVICES OF | § | |
| BEAUMONT, LLC D/B/A DDMS OF | § | |
| BEAUMONT AND SEVITA WHOLE | § | |
| HEALTH, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 10]. The Parties agree and stipulate that this action and all claims contained in this matter should be dismissed with prejudice.

It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 18th day of January, 2023.**

*[signature]*

Michael J. Truncale
United States District Judge